# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES P. "SONNY" SALANDE

VERSUS

ONGO LIVE, INC., JOHN M.
MAMOULIDES AND ROBERT
LEONARD

NO. 2021 CW 1403

FEBRUARY 14, 2022

---

In Re:    John M. Mamoulides, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 201815165.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

    **McClendon, J.,** dissents and would not consider the writ application. I find a transcript of the hearing on the exception of prematurity is necessary for consideration of this writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT